IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**EDWARD CARTER,**
**ADC #109307**                                                  **PLAINTIFF**

v.                  4:09CV00667BSM/HLJ

**WALMART, et al.**                                                 **DEFENDANTS**

## ORDER

The court finds that the interests of justice would be best served by transferring this case to the United States District Court for the Western District of Arkansas. Venue would be proper in the Western District, as defendants are located there and the events complained of allegedly occurred there. *See* 28 U.S.C. § 1406(a) ("The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought.").

The Clerk of the Court is directed to immediately TRANSFER PLAINTIFF'S ENTIRE CASE FILE to the Western District of Arkansas, Hot Springs Division, P.O. Box 6406, Hot Springs, AR 71902-6406.

IT IS SO ORDERED this 26th day of August, 2009.

                                                 /s/ Brian S. Miller
                                                 _____
                                                 UNITED STATES DISTRICT JUDGE

Case 6:09-cv-06076-RTD-BAB   Document 3   Filed 08/26/09   Page 2 of 2 PageID #: 12