IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

EDWARD CARTER                                                              PLAINTIFF

    v.                          Civil No. 6:09-cv-06076

WAL-MART; and
RANDALL NICHOLS,
Manager, Wal-Mart                                                         DEFENDANTS

## ORDER

Plaintiff filed a motion for leave to proceed *in forma pauperis* (IFP)(Doc. 1).  The motion

is granted.  Pursuant to the provisions of the Prison Litigation Reform Act, the clerk is directed to

collect the $350.00 filing fee from the Plaintiff.

**IT IS SO ORDERED this 23rd day of September 2009.**


                                        /s/ Barry A. Bryant
                                         HON. BARRY A. BRYANT
                                         UNITED STATES MAGISTRATE JUDGE